TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00594-CV







Scott Edward Parker and Kenneth Dorsey Parker, Appellants


v.


Charles B. Gorham and Edward Badouh, Jr., Appellees






FROM THE COUNTY COURT AT LAW OF COMAL COUNTY

NO. 96-PC-234, HONORABLE CLAUDE D. DAVIS, JUDGE PRESIDING





 On December 12, 2002, appellants filed a motion to dismiss this cause. The
appellants have informed this Court that they no longer desire to prosecute this appeal. Accordingly,
we will grant appellants' motion and dismiss this appeal.



 

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellants' Motion

Filed: December 19, 2002

Do Not Publish